No. D–2563. IN RE STEINKRAUSS. Joseph Cosmas Stein- krauss, of Medford, Mass., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on October 4, 2010 [*ante*, p. 817], is discharged.

No. 10M44. MOSELEY *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII ET AL.; and

No. 10M45. ELDAGHAR *v.* CITY OF NEW YORK DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 09–10876. BULLCOMING *v.* NEW MEXICO. Sup. Ct. N. M. [Certiorari granted, 561 U. S. 1058.] Motion of petitioner for ap- pointment of counsel granted. Jeffrey L. Fisher, Esq., of Stan- ford, Cal., is appointed to serve as counsel for petitioner in this case.

No. 09–10896. CHRISTIAN *v.* FRANK BOMMARITO OLDSMOBILE, INC., DBA BOMMARITO INFINITY. C. A. 8th Cir. Motion of peti- tioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 823] denied.

No. 10–5586. JOHNSON *v.* WILBUR ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 807] denied.

No. 10–6283. ADAMS *v.* HIGH PURITY SYSTEMS, INC., ET AL. C. A. 4th Cir.; and

No. 10–6701. WIDEMAN *v.* COLORADO; and WIDEMAN *v.* GAR- CIA. C. A. 10th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until Novem- ber 29, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–6937. IN RE JONES; and

No. 10–7026. IN RE JOHNSON. Petitions for writs of habeas corpus denied.

No. 10–6950. IN RE GORBEY. Petition for writ of habeas cor- pus denied. THE CHIEF JUSTICE took no part in the consider- ation or decision of this petition.